SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

FILED
2007 SEP 27  P 2: 46

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No.   CR 07-00258 JF |
|    Plaintiff,  ) | |
| v.  ) | NOTICE OF DISMISSAL |
| MANUEL SOTO-PONCE,  ) | |
|    Defendant.  ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice.

DATED: September 21, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch

NOTICE OF DISMISSAL (CR 07-00258 JF )

## ORDER

Leave is granted to the government to dismiss the complaint without prejudice.

Date: _9/27/07_  

JEREMY FOGEL  
UNITED STATES DISTRICT JUDGE

NOTICE OF DISMISSAL (CR 07-00258 JF )